UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EJEMAI D. OVBUDE, <br><br> Plaintiff, <br> -v- <br> LOUIS M. TOMASELLI, <br><br> Defendant. | 19 Civ. 9034 (PAE) <br><br> NOTICE: CHANGE OF COURTROOM |

PAUL A. ENGELMAYER, District Judge:

The parties are hereby notified that the December 17, 2019, conference in this case, scheduled for 10 a.m., will be held at the **Daniel Patrick Moynihan U.S. Courthouse, located at 500 Pearl Street, in Courtroom 14D**. This is a change of courtroom only.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2019
      New York, New York