```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
EJEMAI D. OVBUDE,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :      19-cv-9034 (LJL)
        -v-                                                            :
                                                                       :      ORDER
LOUIS M. TOMASELLI,                                                    :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby:

ORDERED that the status conference previously scheduled for April 20, 2020 at 10:00 a.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. The briefing schedule for any dispositive motions will be set at that conference. A trial date is set for July 27, 2020.

IT IS FURTHER ORDERED that, by March 20, 2020, the parties shall jointly submit a letter updating the Court on the status of their settlement discussions.

SO ORDERED.

Dated: February 20, 2020
       New York, New York                       _____
                                                LEWIS J. LIMAN
                                                United States District Judge